COM.

v.

**DESHIELDS, W.**

**1526 MDA 2016**

Superior Court of Pennsylvania.

03/22/2017

CP–67–CR–0002673–2014
(York)

Affirmed

COM.

v.

**CZAPLICKI, E.**

**116 EDA 2016**

Superior Court of Pennsylvania.

03/23/2017

CP–51–CR–0005061–2012
(Philadelphia)

Affirmed

COM.

v.

**NORTON, M.**

**2359 EDA 2015**

Superior Court of Pennsylvania.

03/23/2017

CP–52–CR–0000104–2013
(Pike)

Affirmed

COM.

v.

**HENRY, D.**

**165 EDA 2016**

Superior Court of Pennsylvania.

03/23/2017

CP–51–CR–0805831–2004
(Philadelphia)

Remanded Jurisdiction Retained